**RINEHART v. McELROY.**

Court of Appeals of Kentucky.

(Decided June 22, 1934.)

BASIL P. COOPER for appellants.

J. WALTER HARDESTY for appellee.

See, also, 72 S. W. (2d) 45.

PER CURIAM.

Appeal denied; judgment affirmed.

**BRAWNER v. KNIGHT SODA FOUNTAIN COMPANY.**

Court of Appeals of Kentucky.

(Decided June 22, 1934.)

DUDLEY L. CLARKE and RAYMOND C. ARNY for movant.

ABRAHAM & ADAMS, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

**AMMERMAN v. HAUCK & SON.**

Court of Appeals of Kentucky.

(Decided Oct. 12, 1934.)

STANLEY CHRISMAN for appellant.

BLAKELY & MURPHY for appellee.

PER CURIAM.

Appeal denied; judgment affirmed.